**FILED**

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1854-JAH |
| Plaintiff, ) | <u>I N F O R M A T I O N</u> |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| OTILIO GARIBALDI-ZEPEDA, ) aka Jose Carrillo, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about November 1997, within the Southern District of California, defendant OTILIO GARIBALDI-ZEPEDA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

CEM:es:San Diego
5/20/08

<u>Count 2</u>

On or about May 7, 2008, within the Southern District of California, defendant OTILIO GARIBALDI-ZEPEDA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 5, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Charlotte E. Kaeser*

CALEB E. MASON
Assistant U.S. Attorney